**Order entered April 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00014-CV

### BURLINGTON RESOURCES OIL & GAS COMPANY LP, Appellant

### V.

### VERDE MINERALS, LLC, ET AL., Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13916**

## ORDER

We **DENY** appellee Verde Minerals, LLC's motion to dismiss the appeal for lack of jurisdiction. This appeal will proceed as an interlocutory appeal pursuant to section 51.014(a)(2) and follow an accelerated timetable. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(2) (West 2015) & TEX. R. APP. P. 28.1(a).

/s/     CAROLYN WRIGHT
CHIEF JUSTICE